**Tungalag SHARAA; Baasanjav Yadamsuren, Petitioners,**

v.

**Eric H. HOLDER, Jr.[1], Respondent.**

**No. 07–3081.**

United States Court of Appeals, Eighth Circuit.

Submitted: April 28, 2009.

Filed: May 4, 2009.

Before RILEY, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Mongolian citizens Tungalag Sharaa and Baasanjav Yadamsuren petition for review of an order of the Board of Immigration Appeals that affirmed an immigration judge's denial of withholding of removal and relief under the Convention Against Torture (CAT).[2] After careful review of the record, we conclude the denial of withholding of removal and CAT relief is supported by substantial evidence in the record. *See Ming Ming Wijono v. Gonzales*, 439 F.3d 868, 872–74 (8th Cir.2006) (standard of review).

Accordingly, we deny the petition.

---

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

1. Eric H. Holder, Jr., has been appointed to serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

2. Petitioners' related asylum application was denied as untimely and their motion to reopen was denied, but those decisions are not before us for review.